# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE REMILLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARLES MACHINE WORKS, INC.; THE TORO COMPANY; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-02639-RS<br><br>**ORDER VACATING CLASS CERTIFICATION HEARING AND DEADLINES** |

**ORDER**

This matter came before the Court upon the Parties' Stipulation. Good cause appearing, the Court hereby GRANTS the Stipulation and Orders as follows:

1. The hearing on Plaintiff's motion for class certification is vacated.
2. All deadlines related Plaintiff's motion for class certification are vacated.

Dated: 7/17/2024

_____
Hon. Richard Seeborg
CHIEF UNITED STATES DISTRICT JUDGE